UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

UNITED STATES OF AMERICA

v.

OSCAR A. STILLEY

Case No.  24-5133

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

UNITED STATES OF AMERICA
_____
[Party or Parties][1]

_____

APPELLEE
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

| | |
|---|---|
| Katie Bagley | Joseph B. Syverson |
| Name of Counsel | Name of Counsel |
| /s/ Katie Bagley | /s/ Joseph B. Syverson |
| Signature of Counsel | Signature of Counsel |
| P.O. Box 972, Washington, DC 20044 (202) 616-3854 | P.O. Box 972, Washington, DC 20044 (202) 307-6508 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| katie.s.bagley@usdoj.gov | joseph.b.syverson@usdoj.gov |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

✓ The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☐ There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

11/18/2024
_____

Date

/s/ Katie Bagley
_____

Signature

| | |
|---|---|
| Katie Bagley | Lindsey Kent Springer |
| Charles Robert Burton IV | Joseph B. Syverson |
| Hon. Paul J. Cleary | Terry Lee Weber |
| Jeffrey A. Gallant | |
| Hon. Stephen P. Friot | |
| Elissa Hart-Mahan | |
| Internal Revenue Service | |
| S. Robert Lyons | |
| Charles A. O'Reilly | |
| Hon. James H. Payne | |
| Kenneth P. Snoke | |
| Vani Singhal | |
| Trevor Lee Reynolds | |

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

[✓]    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

[ ]    On _____11/18/2024_____ I sent a copy of this Entry of Appearance
               [date]

Form to:

_____

at_____,

the last known address/email address, by _____.
                                         [state method of service]

_____11/18/2024_____
Date

/s/ Katie Bagley
_____
Signature