UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

December 05, 2024

Mr. Trevor Lee Reynolds
Tulsa Law Group
1700 Southwest Boulevard
Tulsa, OK 74107

RE:   24-5133, United States v. Stilley
      Dist/Ag docket: 4:09-CR-00043-SPF-2

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respect(s):

You have not filed either a motion to continue your CJA appointment or a motion to withdraw. Appointed counsel is required to file either a motion to continue appointment or a motion to withdraw within 14 days of case opening. See 10th Cir. R. 46.3(B). Please note that any motion to withdraw must comply with 10th Cir. R. 46.4 (A).

You have not filed a copy of a transcript order or a statement of why a transcript was not ordered. *See* Fed. R. App. P. 10(b) and 10th Cir. R. 10.2(B)(1).

You have not filed a copy of a designation of record with the clerk of this court. *See* 10th Cir. R. 10.3(A).

Please correct the stated deficiencies within three days of the date of this notice. Please note that if the documents are not filed, it is possible the appeal could be dismissed for failure to prosecute under 10th Cir. R. 42.1.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Katie Bagley
        Elissa Hart-Mahan
        Samuel Robert Lyons
        Charles Anthony O'Reilly
        Vani Singhal
        Joseph Brian Syverson


CMW/art