UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

December 05, 2024

Ms. Katie Bagley
Ms. Elissa Hart-Mahan
Mr. Samuel Robert Lyons
Mr. Charles Anthony O'Reilly
Mr. Joseph Brian Syverson
U.S. Department of Justice
Tax Enforcement Division
Ben Franklin Station
P.O. Box 972
Washington, DC 20044

Ms. Vani Singhal
Office of the United States Attorney
Northern District of Oklahoma
110 West 7th Street, Suite 300
Tulsa, OK 74119

RE:     24-5133, United States v. Stilley
          Dist/Ag docket: 4:09-CR-00043-SPF-2

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respect(s):

You have not filed a 26.1 Disclosure Statement. You must file a 26.1 Disclosure Statement even if there is no information to disclose. *See* Fed. R. App. P. 26.1 and 10th Cir. R. 26.1(A).

Please correct the stated deficiency within three days of the date of this notice.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Trevor Lee Reynolds

CMW/art