# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Fed. R. Civ. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement

| | |
|---|---|
| United States<br><br>v.<br><br>Oscar Stilley | Case No. 24-5133 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of <u>the United States</u>
  [Party Name(s)]
certifies[1] as follows:

> The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

    X    There is no information to disclose pursuant to Fed. R. App. P. 26.1.

<u>December 5, 2024</u>
Date

<u>s/ Elissa Hart-Mahan</u>
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

1

## CERTIFICATE OF SERVICE

I hereby certify that:

  X  All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

    On _____ I sent a copy of this Disclosure Statement
        [date]

_____
[name of party]

at_____,
[address]

the last known address/email address, by

_____.
[method of service]

December 5, 2024
Date

s/ Elissa Hart-Mahan
Signature