## UNITED STATES DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff-Appellee,<br>v.<br>**OSCAR AMOS STILLEY**<br>Defendant-Appellant. | District Court No. __09-CR-43-SPF__<br><br>Court of Appeals No.<br><br>__24-5133_____<br>(if known) |

**NOTE: THIS DESIGNATION FORM MUST BE COMPLETED AND FILED IN ACCORDANCE WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.**

    Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals. (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

    The following items should also be included in the record on appeal. (Portions of transcripts should be designated by hearing dates and page numbers.)

1.    Transcripts from hearing of November 13, 2024, Docket number 816.

2. _____

3. _____

4. _____

5. _____

(Attach additional sheets if necessary)

Signature: _____

Counsel for: Oscar Stilley, CJA Appointment.

I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel and filed with the clerk of the court of appeals on __December 9, 2024__.

Signature: _____

APPEAL,CUSTODY,GARN,TRANSF,VJASSIGN

# U.S. District Court
## U.S. District Court for the Northern District of Oklahoma (Tulsa)
### CRIMINAL DOCKET FOR CASE #: 4:09-cr-00043-SPF All Defendants

Case title: USA v. Springer et al

Other court case numbers: 09-5165 10th Circuit Court
10-5101 10th Circuit
11-10096 US Supreme Court
13-5113 10th Circuit
14-5111 10th Circuit
17-8312 US Supreme Court
23-966 Supreme Court of the United States

Related Cases: 4:13-cv-00145-SPF-tlw
4:21-cv-00361-SPF-CDL

Date Filed: 03/10/2009

Date Terminated: 04/30/2010

Assigned to: Judge Stephen P Friot

Appeals court case numbers: '10-5055 (#340)' '10th Circuit', 10-5156 (#428) 10th Circuit, 11-5053 (#447) 10th Circuit, 13-5062 (#497) 10th Circuit, 14-5047 (#554) 10th Circuit, 14-5109 (#588) 10th Circuit, 15-5109 (#607) 10th Circuit, 18-5104 (#659) 10th Circuit, 20-5000 10th Circuit

### Defendant (1)

**Lindsey Kent Springer**
TERMINATED: 04/28/2010

represented by **Lindsey Kent Springer**
2626 E 72ND ST
TULSA, OK 74136
PRO SE

**Jerold W Barringer**
P O BOX 213
NOKOMIS, IL 62075
217-563-2646
TERMINATED: 04/21/2011
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: CJA or Other Appointment

**Oliver Dean Sanderford**
Federal Public Defender (Denver)
633 17TH ST STE 1000
DENVER, CO 80202
303-294-7002
Fax: 303-294-1192

Email: dean.sanderford@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Robert Scott Williams**
1 W 3rd St., Suite 1225
Tulsa, OK 74103
918-581-7656
Email: robert_williams@fd.org
*TERMINATED: 04/27/2010*
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

| Pending Counts | Disposition |
|---|---|
| 18 USC 371: Conspiracy to Defraud the United States (1) | BOP 60 months; SR 3 years; Restitution $771,529; SMA $100 |
| 26 USC 7201: Tax Evasion (2) | BOP 60 months consecutive to Ct 1; SR 3 years; SMA $100 |
| 26 USC 7201: Tax Evasion and 18 USC 2 (3) | BOP 60 months consecutive to Ct 1&2; SR 3 years; SMA $100 |
| 26 USC 7201: Tax Evasion and 18 USC 2 (4) | BOP 60 months concurrent to Ct 1,2,3; SR 3 years; SMA $100 |
| 26 USC 7203: Failure to File Tax Return (5-6) | BOP 12 months concurrent to Ct 1,2,3; SR 1 year; SMA $25 |

**Highest Offense Level (Opening)**
Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| Complaints | Disposition |
|---|---|
| None | |

Assigned to: Judge Stephen P Friot

Appeals court case numbers: '10-5057 (#348)' '10th Circuit', 22-5000 (#725) 10th Circuit, 22-5113 (#756) 10th Circuit, 24-5133 (#817) Tenth Circuit

## Defendant (2)

**Oscar Amos Stilley**
*TERMINATED: 04/28/2010*

represented by **Oscar Amos Stilley**
7103 RACE TRACK LOOP
FORT SMITH, AR 72916-9241
479-384-2303
Email: oscarstilley@gmail.com
PRO SE

**Charles Robert Burton , IV**
Burton Law Firm PC
15 E 5TH ST STE 4022
TULSA, OK 74103-4347
918-607-4891
Email: RobtBurton@aol.com
*TERMINATED: 04/27/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Terry Lee Weber**
Weber & Assoc PC
320 S BOSTON STE 825
TULSA, OK 74103
918-582-1910
Fax: 918-582-2015
Email: Terry.Weber@morelaw.com
*TERMINATED: 04/03/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA or Other Appointment*

**Trevor Lee Reynolds**
Tulsa Law Group PC
1700 SOUTHWEST BLVD
TULSA, OK 74107
918-584-4724
Email: trevor@tlreynolds.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA or Other Appointment*

## Pending Counts

18 USC 371: Conspiracy to Defraud the United States
(1)

26 USC 7201: Tax Evasion and 18 USC 2
(3-4)

## Disposition

4/8/2010 Sentencing: BOP 60 months; SR 3 years; Restitution $776,280; SMA $100; 11/21/22 SR REVOCATION: 3 months; SR: 33 months; Remainder of Restitution. 11/13/2024 Revoc Hrg: BOP 24 months; NO SR.

4/8/2010 Sentencing: BOP 60 months each count, consecutive to Ct 1; SR 3 years each

count; SMA $100 each count. 11/21/22 Revocation Hrg: BOP 3 months each count; SR 33 months. 11/13/2024 Revocation Hrg: BOP 24 months each count; NO SR.

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**
**USA**                                represented by  **Charles Anthony O'Reilly**
                                                        DOJ-Tax
                                                        150 M Street N.E.
                                                        Room 2-404
                                                        Washington, DC 20002
                                                        202-616-0115
                                                        Fax: 202-514-9623
                                                        Email: charles.a.o'reilly@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Government Attorney
                                                        (local,state,federal)*

                                                        **Jeffrey Andrew Gallant**
                                                        United States Attorney's Office (Tulsa)
                                                        110 W 7TH ST STE 300
                                                        TULSA, OK 74119-1013
                                                        918-382-2715
                                                        Fax: 918-560-7938
                                                        Email: Jeff.Gallant@usdoj.gov
                                                        *TERMINATED: 10/15/2024*
                                                        *LEAD ATTORNEY*
                                                        *Designation: Government Attorney
                                                        (local,state,federal)*

                                                        **Kenneth P Snoke**
                                                        United States Attorney's Office (Tulsa)
                                                        110 W 7TH ST STE 300
                                                        TULSA, OK 74119-1013
                                                        918-382-2700
                                                        Fax: 918-560-7946

**Stephanie Noel Ihler**
DOJ-USAO
110 W. 7th Street
Ste 300
Tulsa, OK 74119
918-703-7615
Email: stephanie.ihler@usdoj.gov
*TERMINATED: 10/25/2024*
*LEAD ATTORNEY*
*Designation: Government Attorney (local,state,federal)*

**Vani Singhal**
U.S. Attorney's Office
110 W. 7th Street
Suite 300
Tulsa, OK 74119
918-382-2700
Email: vani.singhal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney (local,state,federal)*

Email: ken.snoke@usdoj.gov
*TERMINATED: 06/08/2010*
*LEAD ATTORNEY*
*Designation: Government Attorney (local,state,federal)*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/15/2024 | 794 | MOTION to Withdraw Attorney(s) *Jeffrey A. Gallant* by USA as to Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 10/15/2024) |
| 10/15/2024 | 795 | ORDER by Judge Stephen P Friot , ruling on motion(s)/document(s): #794 granted, terminating attorney Jeffrey Andrew Gallant (Re: 794 MOTION to Withdraw Attorney(s) *Jeffrey A. Gallant* ) as to Oscar Amos Stilley (LLG, Chambers) (Entered: 10/15/2024) |
| 10/16/2024 | 796 | SUMMONS Returned Executed as to Oscar Amos Stilley (crp, Dpty Clk) (Entered: 10/16/2024) |
| 10/16/2024 | 797 | MINUTE ORDER by Judge Stephen P Friot , setting/resetting deadline(s)/hearing(s): *Courtroom No. 4, Fouth Floor* ( Supervised Release Revocation Hearing set for 11/13/2024 at 10:00 AM before Judge Stephen P Friot) as to Oscar Amos Stilley (This entry is the Official Order of the Court. No document is attached.) (LLG, Chambers) (Entered: 10/16/2024) |
| 10/23/2024 | 798 | ATTORNEY APPEARANCE by Stephanie Noel Ihler on behalf of USA [Note: Attorney Stephanie Noel Ihler added to party USA(pty:pla).] (Ihler, Stephanie) (Entered: 10/23/2024) |
| 10/23/2024 | 799 | MOTION to Withdraw Attorney(s) *Stephanie N. Ihler* by USA as to Oscar Amos Stilley (Ihler, Stephanie) (Entered: 10/23/2024) |

| | | | |
|---|---|---|---|
| 10/23/2024 | 800 | | RESPONSE in Opposition to Motion (Re: 799 MOTION to Withdraw Attorney(s) *Stephanie N. Ihler* ) by Oscar Amos Stilley (Stilley, Oscar) (Entered: 10/23/2024) |
| 10/25/2024 | 801 | | ORDER by Judge Stephen P Friot , ruling on motion(s)/document(s): #799 granted, terminating attorney Stephanie Noel Ihler (Re: 799 MOTION to Withdraw Attorney(s) *Stephanie N. Ihler* ) as to Oscar Amos Stilley (LLG, Chambers) (Entered: 10/25/2024) |
| 11/04/2024 | 803 | | MOTION for Hearing *For Initial Appearance* (Re: 797 Order,, Setting/Resetting Deadline(s)/Hearing(s), ) by Oscar Amos Stilley (Stilley, Oscar) (Entered: 11/04/2024) |
| 11/04/2024 | 804 | | MOTION for Appointment *of Standby Counsel* by Oscar Amos Stilley (Stilley, Oscar) (Entered: 11/04/2024) |
| 11/04/2024 | 805 | | MOTION to Vacate/Set Aside *Judgment, Docket #752* (Re: 752 Judgment and Commitment, Entering Judgment (re: revocation proceedings) ) by Oscar Amos Stilley (Stilley, Oscar) (Entered: 11/04/2024) |
| 11/05/2024 | 806 | | MINUTE ORDER by Judge Stephen P Friot : *The parties are hereby advised that the 11/13/24 revocation hearing will be held at the Boulder Courthouse, 224 S Boulder, 2nd Floor Courtroom* (Re: 797 Order,, Setting/Resetting Deadline(s)/Hearing(s), ) as to Oscar Amos Stilley (This entry is the Official Order of the Court. No document is attached.) (pll, Dpty Clk) (Entered: 11/05/2024) |
| 11/05/2024 | 807 | | ORDER by Judge Stephen P Friot , ruling on motion(s)/document(s): denied (Re: 803 MOTION for Hearing *For Initial Appearance* ) as to Oscar Amos Stilley (LLG, Chambers) (Entered: 11/05/2024) |
| 11/05/2024 | 808 | | MOTION Motion for True and Correct Record by Oscar Amos Stilley (Stilley, Oscar) (Entered: 11/05/2024) |
| 11/05/2024 | 809 | | MOTION to Vacate/Set Aside *Judgment Docket 338* (Re: 338 Judgment and Commitment, Entering Judgment ) by Oscar Amos Stilley (Stilley, Oscar) (Entered: 11/05/2024) |
| 11/05/2024 | 810 | | MOTION to Dismiss Indictment/Information/Complaint *Docket 792 Sealed Petition/Criminal Complaint* (Re: 2 Indictment ) by Oscar Amos Stilley (Stilley, Oscar) (Entered: 11/05/2024) |
| 11/05/2024 | 811 | | RESPONSE *to Docket 792 Petition/Criminal Complaint* by Oscar Amos Stilley (With attachments) (Stilley, Oscar) (Entered: 11/05/2024) |
| 11/07/2024 | 812 | | ORDER by Judge Stephen P Friot . *The court will permit Charles Robert Burton, IV to sit at the counsel table with the defendant during the upcoming revocation hearing, if Mr. Burton chooses to do so. The court is not appointing Mr. Burton to act as counsel, on a standby basis or otherwise. If Mr. Burton chooses to sit with the defendant at the counsel table, the defendant will be permitted to confer with him during the revocation hearing. If Mr. Burton chooses to sit at the table with the defendant during the revocation hearing, that will occur only as Mr. Burton's voluntary choice. Mr. Burton will not be compensated by the court or with public funds.* as to Oscar Amos Stilley (LLG, Chambers) (Entered: 11/07/2024) |
| 11/07/2024 | 813 | | MINUTE ORDER by Judge Stephen P Friot : *Due to the Court's schedule, setting/resetting deadline(s)/hearing(s): time change only, to be held at Boulder Courthouse, 224 S Boulder, 2nd Floor Courtroom* ( Supervised Release Revocation Hearing set for 11/13/2024 at 09:00 AM before Judge Stephen P Friot) as to Oscar Amos Stilley (This entry is the Official Order of the Court. No document is attached.) (pll, Dpty Clk) (Entered: 11/07/2024) |

| 11/10/2024 | 814 | BRIEF re Supervised Release Revocation Hearing (Re: 796 Summons Returned Executed, 811 Response, 806 Order,,, 813 Order,, Setting/Resetting Deadline(s)/Hearing(s), 797 Order,, Setting/Resetting Deadline(s)/Hearing(s), ) by USA as to Oscar Amos Stilley (O'Reilly, Charles) (Entered: 11/10/2024) |
|---|---|---|
| 11/12/2024 | 815 | MOTION to Disqualify Judge Stephen P. Friot *For Bias and Interest and the Appearance of Same* by Oscar Amos Stilley (Stilley, Oscar) (Entered: 11/12/2024) |
| 11/13/2024 | 816 | MINUTES of Proceedings - held before Judge Stephen P Friot: Supervised Release Revocation Final Hearing held on 11/13/2024 , Sentencing held on 11/13/2024 , ruling on motion(s)/document(s): #804, 805, 808-810, 815 denied, striking/terminating deadline(s)/hearing(s) as to Oscar Amos Stilley (Re: 808 MOTION Motion for True and Correct Record , 810 MOTION to Dismiss Indictment/Information/Complaint *Docket 792 Sealed Petition/Criminal Complaint*, 805 MOTION to Vacate/Set Aside *Judgment, Docket #752*, 804 MOTION for Appointment *of Standby Counsel*, 815 MOTION to Disqualify Judge Stephen P. Friot *For Bias and Interest and the Appearance of Same*, 809 MOTION to Vacate/Set Aside *Judgment Docket 338* ) (Court Reporter: J Golemboski, L Griffin) (pll, Dpty Clk) (Entered: 11/13/2024) |
| 11/13/2024 | 817 | NOTICE OF APPEAL to Circuit Court (Re: 816 Minutes of Supervised Release Revocation Final Hearing,,,, Minutes of Sentencing,,,, Ruling on Motion(s)/Document(s),,,, Striking/Terminating Deadline(s)/Hearing(s),,, ) as to Oscar Amos Stilley (cjb, Dpty Clk) (Entered: 11/14/2024) |
| 11/13/2024 | 818 | PRELIMINARY RECORD Sent to Circuit Court (Re: 817 Notice of Appeal to Circuit Court, ) as to Oscar Amos Stilley (With attachments) (cjb, Dpty Clk) Modified on 11/14/2024 to correct file date (cjb, Dpty Clk). (Entered: 11/14/2024) |
| 11/13/2024 | 821 | ORDER by Judge Stephen P Friot , appointing CJA attorney Trevor Lee Reynolds for Oscar Amos Stilley as to Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/19/2024) |
| 11/14/2024 | | ***Remark: *Address updated to David L Moss per CRD and appeal forms mailed to updated address* as to Oscar Amos Stilley (cjb, Dpty Clk) (Entered: 11/14/2024) |
| 11/15/2024 | 819 | APPEAL NUMBER INFORMATION from Circuit Court assigning Case Number 24-5133 (#817) (Re: 817 Notice of Appeal to Circuit Court, ) as to Oscar Amos Stilley (atn, Dpty Clk) Modified on 11/15/2024 to correct 10th circuit appeal number (atn, Dpty Clk). (Entered: 11/15/2024) |
| 11/15/2024 | | NOTICE of Docket Entry Modification; Error: wrong appeal number entered; Correction: edited docket text (Re: 819 Appeal Number Information from Circuit Court, ) as to Oscar Amos Stilley (atn, Dpty Clk) (Entered: 11/15/2024) |
| 11/15/2024 | 820 | JUDGMENT AND COMMITMENT by Judge Stephen P Friot , entering judgment (re: revocation proceedings) as to Oscar Amos Stilley (LLG, Chambers) (Entered: 11/15/2024) |
| 12/06/2024 | 822 | MAIL to Oscar Amos Stilley Returned - remailed on 12/06/2024 to 7103 RACE TRACK LOOP FORT SMITH, AR 72916-9241 - new address obtained from USPO. (Re: 817 Notice of Appeal to Circuit Court, ) as to Oscar Amos Stilley (mm, Dpty Clk) (Entered: 12/06/2024) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 12/09/2024 14:15:50 |

| PACER Login: | 193632019 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 4:09-cr-00043-SPF Start date: 09/10/2024 |
| Billable Pages: | 14 | Cost: | 1.40 |