IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| Oscar Amos Stilley, | ) |
| Appellant, | ) |
| v. | ) Case No. 24-5133 |
| United States, | ) |
| Appellee. | ) |

**MOTION TO CONTINUE APPOINTMENT OF COUNSEL**

Defendant/Appellant, Oscar A. Stilley, appearing through Trevor L. Reynolds of Tulsa Law Group, requests that standby counsel at district court be appointed on appeal.

This request is made pursuant to 10th Cir. R. 46.3(B), which requires CJA-appointed counsel to file a motion if continued appointment for appeal is sought.

In an order dated November 13, 2024, the district court appointed Trevor L. Reynolds as standby counsel to Mr. Stilley in case number 09-CR-43-SPF, in the Northern District of Oklahoma. Mr. Reynolds served as Stilley's standby counsel through the hearing on his revocation. Mr. Stilley filed a pro-se notice of intent to appeal.

Trevor L. Reynolds has filed an appearance in this court.

Continued appointment of same counsel would be beneficial to Mr. Stilley and this Court by his aiding in helping Mr. Stilley effectuate this appeal as a pro-se individual. See Tenth Circuit CJA Plan, Preamble ("...the Court recognizes that there may be benefits to maintaining continuity of counsel..."). Counsel is not a member of the Tenth Circuit Criminal Justice Act appellate panel.

WHEREFORE, Mr. Stilley requests an order appointing Trevor L. Reynolds to represent him as standby counsel on appeal.

Respectfully submitted,

_/s/ Trevor L. Reynolds_
Trevor L. Reynolds, OBA# 19363
Tulsa Law Group, PC
1700 Southwest Blvd.
Tulsa, OK 74107
Telephone (918) 584-4724
Facsimile (918) 516-0372
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2024, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all registered ECF registrants in this matter.

_/s/ Trevor L. Reynolds_