FILED
United States Court of Appeals
Tenth Circuit

December 10, 2024

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

OSCAR A. STILLEY,

    Defendant - Appellant.

No. 24-5133
(D.C. No. 4:09-CR-00043-SPF-2)
(N.D. Okla.)

_____

**ORDER**
_____

This matter is before the court on the *Motion to Continue Appointment of Counsel* filed by Trevor L. Reynolds, who served as appellant Oscar Stilley's CJA stand-by counsel in the district court. The *Motion* asks the court to enter an order "appointing Trevor L. Reynolds to represent [appellant Oscar Stilley] as standby counsel on appeal."

Upon consideration, the court denies the *Motion* without prejudice to renewal. This court does not permit stand-by counsel on appeal or hybrid counsel on appeal. *See* 10th Cir. R. 46.3; 46.4; 46.5 (no proviso for stand-by counsel in this court).

Any renewed motion must be filed on or before December 17, 2024 and must clarify whether Mr. Reynolds will represent Mr. Stilley in this appeal, whether Mr. Stilley desires to proceed *pro se* in this appeal, or whether some other arrangement concerning representation is contemplated and/or desired. *See generally* 10th Cir. R. 46.4.

In the meantime, because Mr. Reynolds has entered an appearance in this appeal, *see* Dkt. No. 8 (Reynolds entry of appearance), he represents Mr. Stilley in this appeal unless and until this court permits him to withdraw from that representation. *See* 10th Cir. R. 46.1(A); 46.3(A); *see also Martinez v. Court of Appeal*, 528 U.S. 152 (2000) (no right to self-representation in a criminal appeal).

                                                  Entered for the Court

                                                  CHRISTOPHER M. WOLPERT, Clerk