# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| Oscar Amos Stilley, | ) |
|             Appellant, | ) |
| v. | ) Case No. 24-5133 |
| United States, | ) |
|             Appellee. | ) |

## MOTION TO WITHDRAW AS COUNSEL ON APPEAL

Comes now the undersigned, Trevor L. Reynolds, OBA # 19363, CJA appointed attorney, and moves to withdraw as attorney for the Appellant/Defendant Oscar A. Stilley, and states:

1. The undersigned counsel was appointed as stand-by counsel to assist this defendant by the United States District Court for the Northern District of Oklahoma (09-CR-43-SPF) from the CJA panel. Counsel is a solo practitioner and is currently without the necessary support personnel to properly and timely prosecute this appeal.

2. Mr. Stilley filed the Notice of Intent to Appeal pro-se.

3. The undersigned counsel initiated this appeal and is filing contemporaneously with this motion, Entry of Appearance and a Docketing Statement as required by 10th Cir. Rule 46.3(A).

4. The undersigned counsel, prior to sentencing and immediately thereafter, discussed with Appellant/Defendant Stilley that present counsel cannot prosecute his appeal, the likelihood that another attorney would be appointed to represent him for the appeal and Stilley did agree, and did not have an objection to the same.

5. Mr. Stilley desires to represent himself, as he has throughout the pendency of the original action.

6. The defendant has heretofore been declared indigent by the United States District Court for the Northern District of Oklahoma (09-CR-43-SPF) and allowed to proceed in forma pauperis by that Court pursuant to 18 U.S.C. § 3006A, and the defendant's indigent status continues.

7. The defendant is presently incarcerated on this Judgment and is to serve 24 months imprisonment within the Bureau of Prisons.

Wherefore premises considered, the undersigned counsel, Trevor L. Reynolds, moves the Court to allow the undersigned to withdraw as counsel for the Appellant/Defendant Oscar Amos Stilley in the above matter, and that an approved appellant attorney be assigned or that Mr. Stilley be allowed to proceed pro-se.

Respectfully submitted,

__/s/ *Trevor L. Reynolds*_____
Trevor L. Reynolds, OBA# 19363
Tulsa Law Group, PC
1700 Southwest Blvd
Tulsa, OK 74107-1730
Telephone (918) 584-4724
Facsimile (918) 583-5637
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I certify that on the 16TH day of December, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s):

All regustrants via
cm/ecf email

By United States Mail:

Oscar Amos Stilley
c/o David L. Moss Criminal Justice Center
300 N. Denver Ave
Tulsa, OK 74103

/s/ Trevor L. Reynolds