FILED
United States Court of Appeals
Tenth Circuit

December 17, 2024

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

OSCAR A. STILLEY,

    Defendant - Appellant.

No. 24-5133
(D.C. No. 4:09-CR-00043-SPF-2)
(N.D. Okla.)

---

## ORDER

---

    This matter is before the court on the *Motion to Withdraw as Counsel on Appeal* filed by Trevor L. Reynolds, who served as appellant Oscar Stilley's CJA stand-by counsel in the district court. In paragraph 5 of the *Motion*, Mr. Reynolds indicates that "Mr. Stilley desires to represent himself." However, the prayer for relief asks the court to assign "an approved [appellate] attorney," but then contains an alternative request: "*or* that Mr. Stilley be allowed to proceed pro se." (*Motion* at 2.) The court cannot do both, and the *Motion* leaves the court to guess at the proper course concerning Mr. Stilley's representation status in this appeal.

    Upon consideration, the court denies the *Motion* without prejudice to renewal. The court specifically notes that if Mr. Stilley desires to proceed pro se, Tenth Circuit Rule 46.4(A)(2)(d) provides explicit requirements that have not been satisfied here.

Any renewed motion must be filed on or before December 27, 2024 and must clarify whether Mr. Stilley desires to proceed pro se or if Mr. Stilley desires the appointment of appellate counsel under the Criminal Justice Act, 18 U.S.C. § 3006A.

Mr. Reynolds continues to represent Mr. Stilley in this matter unless and until he is permitted to withdraw by order of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk