**UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff/Appellee*, v. **OSCAR AMOS STILLEY,** *Defendant/Appellant*. | No. 24-5133 |

**UNOPPOSED MOTION TO CONTINUE FILING DATE FOR**

**RENEWED MOTION TO WITHDRAW**

  Comes now Trevor L. Reynolds, attorney herein, and moves for a continuance of seven (7) days to January 3, 2025 to file the renewed Motion to Withdraw in this case. In support thereof, Counsel states as follows:

  Counsel has been out of state attending to a family matter and will not return to Oklahoma until December 29, 2025, late evening. Counsel will not be able to comply with the Court's deadline as the Appellant, Stilley, is currently housed at the Cimarron Correctional Center in Cushing, Oklahoma. Counsel will not be able to meet with the Appellant until at least December 31, 2024.[1] Appellant's Counsel has discussed this matter with Assistant United States Attorney Leena Alma and is authorized to state that the government does not object to this Unopposed Motion for Extension of Time. Appellant's counsel realizes that motions to continue should be filed five days before the due date, but circumstances in Counsel's travel necessitated this continuance could not be filed until today.

  This motion is made in good faith and not for the purposes of delay.

---

[1] Compliance with FRAP 46.4(a)(2)(d) will require an in person visit that cannot be scheduled until 12/31/24 at the soonest.

Respectfully submitted,

  /s/ *Trevor L. Reynolds*
Trevor L. Reynolds, OBA# 19363
Tulsa Law Group, PC
1700 Southwest Blvd.
Tulsa, OK 74107
Telephone (918) 584-4724
Facsimile (918) 516-0372
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2024, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the all ECF registrants, including:

Leena Alam
Assistant United States Attorneys

  /s/ *Trevor L. Reynolds*

-2