# AFFIDAVIT OF PRO SE STATUS

I, Oscar Stilley, pursuant to FRAP ____, hereby declare my intention to proceed pro se in this appeal and that my current attorney, Trevor Reynolds, be permitted to withdraw from my case.

I understand all consequences of proceeding pro se. I have familiarized myself with the Federal Rules of Appellate Procedure and the 10th Circuit Local Rules and will abide by the same.

Oscar Amos Stilley, Pro Se Appellant
USMS # 105790-62

Signed and sworn before me on December 31, 2024, by the above Oscar Amos Stilley at the Cimarron Correctional Facility, Cushing, Oklahoma.



Notary Public
State of Oklahoma
TREVOR L. REYNOLDS
TULSA COUNTY
COMMISSION #24009172
Comm. Exp. 07-23-2028