FILED
United States Court of Appeals
Tenth Circuit

January 2, 2025

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

OSCAR A. STILLEY,

    Defendant - Appellant.

No. 24-5133
(D.C. No. 4:09-CR-00043-SPF-2)
(N.D. Okla.)

---

## ORDER

---

Before **BACHARACH** and **PHILLIPS**, Circuit Judges.

---

The motion to withdraw filed by Trevor Reynolds, appellant Oscar A. Stilley's CJA standby counsel, is granted. Pursuant to 18 U.S.C. § 3006A, Mr. Reynolds is appointed nunc pro tunc to the date the notice of appeal was filed in this matter, but that appointment ends with the entry of this order. The Clerk shall remove Mr. Reynolds as counsel of record in this appeal. Mr. Stilley shall proceed on appeal without representation, as he has requested. Any prior orders providing directives to counsel for the appellant are vacated.

Now that Mr. Stilley is proceeding without the assistance of counsel, the court reminds him that he must abide by the Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and orders issued by this court in the same manner as is expected of all litigants. *See Ogden v. San Juan Cnty.*, 32 F.3d 452, 455 (10th Cir. 1994). Any

documents Mr. Stilley submits that do not demonstrate a good faith attempt to comply with applicable rules and orders of this court may be stricken. *See* 10th Cir. R. 25.2.

Pursuant to 10th Cir. R. 10.1, 10.3(C) and 11.2(B), this matter will now proceed with a pro se record on appeal. A deadline for filing the appellant's opening brief will be set upon this court's docketing of the record on appeal. This order is accompanied by a form the appellant may use to prepare the opening brief.

All future filings and service by the United States and this court shall be made directly on the appellant as follows:

> Oscar A. Stilley, #10579-062
>
> Cimarron Correctional Facility
>
> 3200 S. Kings Hwy.
>
> Cushing, OK 74023

Mr. Stilley is reminded of his ongoing obligation to keep this court and counsel for the United States informed of his current address.

Finally, the court reminds Mr. Stilley that the court will not provide free copies of record documents to him. If Mr. Reynolds has any documents helpful or relevant to this appeal that can be transmitted to Mr. Stilley, he shall transmit any such copies to Mr. Stilley directly within seven (7) days of the date of this order.

> Entered for the Court
>
> CHRISTOPHER M. WOLPERT, Clerk