Case 4:09-cr-00043-SPF   Document 834 Filed in USDC ND/OK on 01/09/25   Page 1 of 1
Case 4:09-cr-00043-SPF   Document 829 Filed in USDC ND/OK on 12/27/24   Page 1 of 2
Appellate Case: 24-5133   Document: 28   Date Filed: 01/10/2025   Page: 1

**TENTH CIRCUIT TRANSCRIPT ORDER FORM – DIRECTIONS ON REVERSE SIDE (Revised 2/2024)**

### PART I – Case Information and Contact Information

Case Name: USA v. Oscar Amos Stilley   District Court Case Number: 09-CR-43-SPF
District Court: Northern District of Oklahoma   Circuit Court Appeal Number: 24-5133
Name of Attorney/Pro Se Party Completing this Form: Trevor L. Reynolds

Name of Law Firm/Office: Tulsa Law Group
Address: 1700 Southwest Blvd., Tulsa, Oklahoma, 74107
Phone: 918-584-4724   Email: trevor@tlreynolds.net
Attorney For: Oscar Amos Stilley

### PART II – Complete one section below to indicate whether you are ordering transcripts.

☐ I am not ordering a transcript because (check one):
  ☐ a transcript is not necessary for this appeal;
  ☐ the necessary transcript is already on file in the district court; or
  ☐ the necessary transcript was ordered previously in appeal number _____.

☒ I hereby order the following transcript(s) from _____Laura Griffin_____ (name of court reporter). One form may be used to order multiple transcripts from the same court reporter, **but separate forms must be filed for each court reporter** from whom a transcript is ordered. **Please be specific if ordering partial transcripts** (e.g., voir dire).

| Name of Proceeding | Date of Proceeding | Dist. Ct. Doc. No. | Delivery (30-, 14-, 7-, 3-Day, or Daily) |
|---|---|---|---|
| Supervised Release Revocation Final Hearing | 11/13/2024 | 816 | 30 |
| | | | |

### PART III – Choose the manner of payment for the transcript(s) ordered.

☐ This case is **NOT proceeding under the Criminal Justice Act.** I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript(s) ordered on this form, and **I understand that I must make satisfactory payment arrangements with the court reporter(s) before work to prepare the transcript will begin.**

☒ This case **IS proceeding under the Criminal Justice Act, and (check one):**
  ☐ I am a Federal Public Defender. The Defender's Office will pay the cost of the transcript(s).
  ☒ I am a CJA Panel Attorney, and I will take all steps required in eVoucher to complete payment arrangements.

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

### Part IV – Attorney's/Ordering Party's Certificate of Compliance

I, ____Trevor L. Reynolds____, certify that I have (1) read the instructions on the reverse of this form; (2) filed copies of this completed form in **both** the U.S. District Court and the Tenth Circuit; and, if ordering transcripts, (3) provided a copy of this completed form to the court reporter(s) and **made satisfactory payment arrangements** for all transcripts I am ordering. **I understand I must send a copy of this form directly to the court reporter(s) in addition to filing it.**

Attorney's/Ordering Party's Signature: /s/Trevor L. Reynolds   Date: December 27, 2024

### PART V – Court Reporter's Certificate of Compliance (Complete After Payment Arrangements Have Been Made)

| Date Payment Arrangements Made | Estimated Completion Date | Number of Pages | Date(s) of Hearing(s)/Proceeding(s) |
|---|---|---|---|
| 12-27-25 | 2-7-25 | 110 | 11-13-24 |

I, _____, certify that (1) I have read the instructions on the reverse side; (2) adequate payment arrangements have been made; (3) I will provide a copy of this completed form to the Tenth Circuit Clerk's Office; and (4) I will provide any required notice to the U.S. District Court Clerk's Office.

Signature of Court Reporter: /s/ Laura Griffin   Date: 1-9-25