Laura L. Griffin, RMR-CRR  
United States Court Reporter  
333 W. 4th Street, Room 411  
Tulsa, OK  74103  
918-699-4879

U.S. Court of Appeals – Tenth Circuit  
Clerk of the Court  
The Byron White Courthouse  
1823 Stout Street  
Denver, CO 80257

RE:  USA V. Oscar Amos Stilley, 09-CR-43-SPF-2, NDOK

January 30, 2025

Clerk:

The 11-13-24 transcript of revocation sentencing ordered in the appeal in the above-referenced case has been completed and filed this date with the District Court for the Northern District of Oklahoma.

S/ Laura Griffin