UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES | PLAINTIFF/APPELLEE |

V.     **Tenth Circuit Appeal No. 24-5133**
(OKND Criminal 4:09-cr-43 SEH-2)

| | |
|---|---|
| OSCAR STILLEY | DEFENDANT/APPELLANT |

## ENTRY OF APPEARANCE AND
## CERTIFICATE OF INTERESTED PARTIES

In accordance with 10th Cir. R. 46.1, Appellant/Defendant Oscar Stilley hereby appears *pro se* in the captioned appeal.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certifies as follows:

X   Set forth below is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

___   There are no such parties, or any such parties have already been disclosed to the court.

### Certificate of Interested Parties

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

1) Co-defendant Lindsey Kent Springer is not a direct party to this appeal, but

may have an interest in this litigation and/or the outcome of this litigation.

1

Pursuant to the rules, Springer is or at least may be entitled to join part or all of Stilley's appeal. FRAP 28(i); 10th Cir. R. 31-2. Appellant Stilley has unsuccessfully attempted to get Charles Anthony O'Reilly, counsel for the government, to disclose the phone number, email, and correct physical address for Lindsey Springer.

2) Jeffrey Gallant was removed as local counsel to Charles O'Reilly. O'Reilly is a California attorney. Stephanie N. Ihler entered appearance below but promptly removed herself from the case.

3) Vani Singhal is an attorney for the Northern District of Oklahoma attempting to enforce the monetary portion of the judgment under attack. The State of Arkansas, Department of Finance and Administration, is entitled to receive the funds collected from Stilley until the alleged "tax losses" of the State of Arkansas are fully satisfied.

4) Jerold Barringer, an attorney from Nokomis, IL, is a former attorney for Lindsey Springer.

5) Government attorneys on the direct appeal of Lindsey Springer, (10-5055) which Stilley was allowed to join, (10-5057) include Frank P. Cihlar, Alexander P. Robbins, and Gregory Victor Davis.

6) Clinton J. Johnson, US Attorney for the Northern District of Oklahoma, has certain duties to supervise Gallant, Singhal, and O'Reilly, over whom he has supervisory control. Oklahoma Rules of Professional Conduct, Rule 5.1.

7) Charles Robert Burton, IV, was standby counsel for Stilley in the original prosecution. Robert Williams was standby counsel for Springer. Kenneth Snoke participated in the prosecution until his retirement. Terry Lee Weber was involved as CJA attorney, in some capacity, early in the criminal litigation. Trevor Reynolds was standby counsel in the prosecution from which this appeal is taken, and also was counsel in this appeal, until the formalities were accomplished. Appellant is now *pro se*.

Respectfully submitted,

By: /s/ Oscar Stilley

Oscar Stilley, BOP #10579-062, *Pro se*
Cimarron Correctional Facility
3200 S. Kings Highway
Cushing, OK 74023

1-28-2025
Date

## CERTIFICATE OF SERVICE

Defendant Stilley hereby certifies that on the date stated above he placed this pleading in the US Mail, addressed to the Clerk of the Court for filing, whereby all parties on the electronic notice list will receive notice through the CM/ECF system.