FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

February 3, 2025

Christopher M. Wolpert
Clerk of Court

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

OSCAR A. STILLEY,

    Defendant - Appellant.

No. 24-5133
(D.C. No. 4:09-CR-00043-SPF-2)
(N.D. Okla.)

---

**ORDER**

---

This matter is before the court on appellant Oscar Stilley's *Verified Motion for Remand for Findings and Order Concerning Release Pending Appeal, to Supplement the Record, and for Due Process Relief*. The *Motion* indicates that Mr. Stilley was unable to contact counsel for the government to ascertain the government's position on the *Motion*.

First, the court directs the government—on or before February 10, 2025—to file a response to the *Motion*. At a minimum, that response shall—with respect to each distinct form of relief sought by Mr. Stilley in the *Motion*—indicate whether the government opposes the relief sought.

Second, the court notes that Mr. Stilley asserts that he has "not received a scheduling order, stating a deadline for the opening brief," and that the court's January 2, 2025 order "says, on page 2, that a briefing schedule will be entered at a later date." That is not correct. The court's January 2, 2025 order stated, on page 2: "A deadline for filing

the appellant's opening brief will be set upon this court's docketing of the record on appeal." The court then transmitted its January 2, 2025 letter, which set Mr. Stilley's opening brief due on February 11, 2025. That deadline remains in place; Mr. Stilley's opening brief remains due on or before February 11, 2025. The court previously sent Mr. Stilley a form he could use to complete his opening brief.

                                                Entered for the Court

                                                CHRISTOPHER M. WOLPERT, Clerk