**FILED**
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**February 10, 2025**

Christopher M. Wolpert
Clerk of Court

---

UNITED STATES OF AMERICA,

  Plaintiff - Appellee,

v.

OSCAR A. STILLEY,

  Defendant - Appellant.

No. 24-5133
(D.C. No. 4:09-CR-00043-SPF-2)
(N.D. Okla.)

---

## ORDER

---

This matter is before the court on appellee United States of America's *Response in Opposition* to appellant Oscar Stilley's *Verified Motion for Remand*. (Dkt. Nos. 32, 34.)

Upon consideration, both the *Verified Motion* and the *Response in Opposition* are referred to the panel of judges that later will be assigned to consider this appeal on its merits. No decision on any of the issues raised by the *Verified Motion* or the *Response* will enter at this time.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk