UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| Christopher M. Wolpert | | Jane K. Castro |
|---|---|---|
| Clerk of Court | | Chief Deputy Clerk |

March 04, 2025

Oscar A. Stilley
#10579-062
Cimarron Correctional Facility
3200 South Kings Highway
Cushing, OK 74023

**RE:**   **24-5133, United States v. Stilley**
Dist/Ag docket: 4:09-CR-00043-SPF-2

Dear Appellant:

Appellant's brief has not been filed in this case. Unless the brief is filed within seven days after the date of this letter, the appeal may be dismissed without further notice. See 10th Cir. R. 42.1. An additional form is enclosed for your use.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Katie Bagley
   Elissa Hart-Mahan
   Samuel Robert Lyons
   Charles Anthony O'Reilly
   Joseph Brian Syverson

CMW/art