FILED  
United States Court of Appeals  
Tenth Circuit  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**March 10, 2025**

Christopher M. Wolpert  
Clerk of Court

―――――――――――――――――――

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

OSCAR A. STILLEY,

   Defendant - Appellant.

No. 24-5133  
(D.C. No. 4:09-CR-00043-SPF-2)  
(N.D. Okla.)

―――――――――――――――――――

**ORDER**

―――――――――――――――――――

This matter is before the court on appellant Oscar Stilley's *Verified Motion to Strike Show Cause Order; alternatively, a showing of cause why Stilley's appeal should not be dismissed; alternatively, or cumulatively for a stay of briefing pending rulings on Stilley's pending motions*. (Dkt. No. 37.)

In the first instance, the court has not entered any show cause order. The court presumes that Mr. Stilley refers to the court's correspondence dated March 4, 2025. (Dkt. No. 36.) Second, Mr. Stilley's previous motions already have been referred to the panel of judges that later will be assigned to consider this appeal on its merits, and so there is no reason to abate this appeal pending a decision on those motions. *See* Dkt. No. 35.

The remainder of the *Motion* describes delays Mr. Stilley says he has suffered due to prison mail practices. Upon consideration, the court construes Mr. Stilley's submission as a request for an extension of time to file his opening brief and grants it as construed.

Mr. Stilley is cautioned: no further extensions of time related to his opening brief will be granted on the clerk's authority, and any future motion seeking an extension of time must comply with Tenth Circuit Rule 27.6 and all other applicable rules. Any motion seeking an extension of time that does not comply with Tenth Circuit Rule 27.6 may be denied on that basis.

**Mr. Stilley shall file his opening brief in this appeal on or before April 9, 2025**. Should Mr. Stilley fail to file his opening brief in this appeal on or before April 9, 2025, this appeal could be dismissed without any additional notice. *See* 10th Cir. R. 42.1.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk