FILED
United States Court of Appeals
Tenth Circuit

March 26, 2025

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

OSCAR A. STILLEY,

    Defendant - Appellant.

No. 24-5133
(D.C. No. 4:09-CR-00043-SPF-2)
(N.D. Okla.)

---

## ORDER

---

Before **BACHARACH** and **PHILLIPS**, Circuit Judges.

---

This matter is before us on appellant Oscar Stilley's *Opposed Verified Motion to Reconsider, Vacate, or Modify the Clerk's Orders on Two Opposed Motions in the Letter Order 1-2-2025*. (Dkt. No. 39.)

Upon consideration, we deny the *Motion*. We remind Mr. Stilley that his opening brief in this appeal remains due on or before April 9, 2025.

                              Entered for the Court

                              CHRISTOPHER M. WOLPERT, Clerk