UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES | PLAINTIFF/APPELLEE |
| V. | Tenth Circuit Appeal No. 24-5133 (OKND Criminal 4:09-cr-43 SPF-2) |
| OSCAR STILLEY | DEFENDANT/APPELLANT |

APPELLANT STILLEY'S VERIFIED MOTION TO COMPEL ACCEPTANCE OF DONATIONS NEEDED FOR DUE PROCESS, AND ACCESS TO EMAIL SERVICE

Comes now Appellant Stilley (Stilley) and for his *Verified Motion To Compel Acceptance Of Donations Needed For Due Process, And Access To Email Service*, and states:

1.  The government opposes any order requiring the U.S. Marshals Service or CoreCivic to accept donations needed for due process.

2.  The government takes no position with respect to the request that the U.S. Marshals Service be ordered to ensure that Stilley has

1

consistent and reliable access to email service, for sending and receiving electronic files of a legal nature.

3.  On information and belief, Stilley has exhausted all administrative remedies "available" to him within the meaning of the law.

4.  Stilley on 3-20-2025 was expelled from the library due to truthful statements in a pleading prepared for filing in this court. His library privileges were suspended for two-weeks.

5.  The law library remained shut down and locked for a week after that incident. Thus, no Cimarron inmates had access to the law library during that week.

6.  Stilley on 3-27-2025 received a letter and of pro se appeal brief form from the clerk of this Court. The envelope was postmarked 3-4-2025.

7.  Legal mail from Cimarron commonly takes 10 to 30 days to arrive at the destination address. Occasionally, the delay is as much as three-months.

8.  Outgoing mail is similarly delayed.

9.  Stilley on 3-4-2025 placed a pleading in the mail to this Court's Clerk, properly addressed, with sufficient first-class postage. As of 3-27-2025, it still had not arrived.

10. CoreCivic has a de facto policy of allowing the email transmission of some legal papers in and out of Cimarron, on behalf of inmates and or their counsel.

11. However, in practice, Cimarron obfuscates and obstructs, arbitrarily changes the "policy," and simply refuses to communicate about such requests when it so chooses.

12. On 2-27-2025, Stilley sent a Request for Assistance to Visitation asking permission to email legal pleadings to a friend, to file them electronically. This request was ignored.

13. On 3-20-2025, Stilley sent Visitation a request for assistance asking to get copies of Orders graciously emailed to the published email address of Cimarron's Visitation. This request was likewise ignored.

14. During conversations with Visitation personnel, they all say that the law librarian has the duty of sending and receiving appropriate legal pleadings, papers, and files via email.

15. Inmates aren't allowed access to the mail-room while in the law library, even though it is across the hall from the law library, and visible through windows in both. On 3-17-2025, the law librarian severely scolded another inmate for inquiring about his legal mail, and threatened us all with expulsion and law library restriction if he caught us talking to the mail-room clerk.

16. Access to Visitation is even worse since it is behind two locked doors.

17. Stilley incorporates the following appendices to his book, "Busting The Feds: How To Effectively Defend Yourself Against Federal Criminal Charges," as if set forth herein, word for word:

> A) Appendix 5, "*Motion To Compel Acceptance Of Donations Required For Due Process*;" https://bustingthefeds.com/wp-content/uploads/2021/06/BookBTFFinal6by9.pdf#page=280
>
> B) Appendix 10, *"Cover Letter For Offer To Donate Goods And Services To The DOJ-FDOP;"* https://bustingthefeds.com/wp-content/uploads/2021/06/BookBTFFinal6by9.pdf#page=312 and

C) Appendix 11, *"Offer And Request For Permission-Donation Of Goods To The DOJ, FDOP."* https://bustingthefeds.com/wp-content/uploads/2021/06/BookBTFFinal6by9.pdf#page=314

18.  Stilley is in U.S. Marshal custody; us.marshals@usdoj.gov; 703-740-8700. Stilley has been held in two jails and is now held by U.S. Marshal contractor CoreCivic. Cimarron.visitation@corecivic.com.

19.  Stilley trusts that the Court will understand Stilley's inability to edit, due to CoreCivic's lawless denial of computer access.

20.  Stilley and his friends continued to peacefully petition the U.S. Marshals and their contractors for permission to make the donations described herein.

21.  All such donations would of course be "in trust nevertheless," such that the donations would be used only for the laudable educational purposes of the First Step Act of 2018, (FSA) and due process and peaceful petition rights of inmates.

22.  Stilley currently faces felony perjury charges in the Circuit Court of Crawford County, Arkansas. Crawford County Circuit, State v. Oscar Stilley, 17CR-24-508. https://efile.arcourts.gov/

23. Stilley will be denied both hard and soft copies of the statutes, rules, and decisions relevant to his state charges, unless he gets the relief sought herein.

24. CoreCivic and similar U.S. Marshal Service contractors are required to be accredited by the American Correctional Association (ACA). See, Appendix 5, page 2. https://bustingthefeds.com/wp-content/uploads/2021/06/BookBTFFinal6by9.pdf#page=281

25. As part of the accreditation process, CoreCivic had to submit a, "self-assessment," detailing areas of compliance and noncompliance.

26. On information and belief, CoreCivic on its most recent self-assessment falsely claimed to provide much of what Stilley offers for free.

27. CoreCivic deliberately uses its control over legal resources to cause inmates to serve: 1) more time than the judge intends to impose, 2) more time than the law allows, or 3) both.

28. See for example, U.S. v. Dirk Dewayne Bullock, Texas Eastern District 4:21-CR-283-21. His total offense level is 19, his criminal history is 3, his guideline range is 37 to 46 months. Locked up 12-23-2021, he has already served over 39 months. With good conduct time, he

will be over the top of the guideline range in about a month, and still isn't sentenced. He has lost all halfway-house and all, "time credits" under the FSA. He has been deprived of all meaningful educational opportunity.

29.    CoreCivic has cheated the taxpayers out of millions of dollars through such schemes.

30.    Stilley and all other sentenced inmates at Cimarron are cheated out of FSA, "time credits," as well as meaningful educational opportunity, as well as virtually all other benefits spelled out in the FSA.

**Wherefore**, Stilley respectfully requests an order:

1) Requiring the government to ensure that any detention facility holding Stilley's custody permit the donation and full use of the due process resources identified herein, directly or by reference;

2) Requiring Stilley's custodians to provide access to the electronic transmission and receipt of computer files of a legal nature, at least five days per week, within 24 hours of a request;

7

3) Such other and further relief as may be appropriate, whether or not specifically requested.

Dated March 31, 2025					Respectfully submitted,

By: /s/ Oscar Stilley
Oscar Stilley 10579-062
Cimarron Correctional Facility
3200 South Kings Highway
Cushing, OK, 74023
479.384.2303 cell phone
oscarstilley@gmail.com

## VERIFICATION

Comes now, appellant Oscar Stilley, pursuant to 28 U.S.C. 1746 on the date stated below and by his signature set forth below, declares under penalty of perjury that the foregoing facts are true and correct to the best of Stilley's knowledge and belief.

Dated March 31, 2025					Respectfully submitted,

By: /s/ Oscar Stilley
Oscar Stilley 10579-062
Cimarron Correctional Facility
3200 South Kings Highway
Cushing, OK, 74023
479.384.2303 cell phone
oscarstilley@gmail.com

## BRIEF IN SUPPORT OF MOTION

This court has options. It can grant Stilley's contemporaneously filed *Motion For Release Pending Appeal*.

This court can grant this Motion, which would ensure that Stilley has access, to the wherewithal to prepare and file a well-drafted brief in compliance with applicable rules.

This court could conceivably deny both. However, that would ipso facto imply a plan to cheat Stilley out of due process.

How can a court relegate a litigant to the U.S. Mail when felonious interference with the mail is the rule rather than the exception?

How can a court relegate a litigant to transmitting pleading by telephone, when two departments of a covetous private prison each say the other is responsible for transmitting legal files via email? The librarian is a logical person for the task, but he won't do it. Furthermore, he has a hair-trigger temper, with a long history of false accusations of physical threat to his person, mostly for respectful First Amendment peaceful petition.

9

Stilley's purposes could be achieved in at least the following three ways: 1) court order, 2) public pressure, or 3) enforcement by the Department of Government Efficiency, by False Claims Act lawsuits, or other appropriate devices.

Regardless of this court's ruling on this Motion, it has referent power. The Department of Government Efficiency (DOGE) is officially tasked not only with rooting out waste and fraud, but also with addressing inefficiency.

CoreCivic's assault on due process and peaceful petition is fraud and corruption that should be attacked via False Claims Act litigation. It is also a cruel and cynical waste of human potential. It is governmental inefficiency that will reduce U.S. GDP and increase governmental spending for decades.

The Arkansas Supreme Court unfairly referred Stilley to Crawford County Circuit Court for prosecution at the end of its order dismissing Stilley's petition in Arkansas Supreme Court number 24-453. This court could do the same in its order disposing of this motion. It could refer this matter to DOGE for investigation and appropriate action.

Dated March 31, 2025          Respectfully submitted,

By: /s/ Oscar Stilley
Oscar Stilley
Cimarron Correctional Facility
3200 South Kings Highway
Cushing, OK, 74023
479.384.2303 cell phone
oscarstilley@gmail.com

[Mr. Stilley does not have direct access to his phone or email given his circumstances.]

## CERTIFICATE OF SERVICE

Oscar Stilley by his signature below certifies that on the date stated above he filed and served this pleading via CM/ECF, and that all parties entitled to service will be served electronically.

By: /s/ Oscar Stilley
Oscar Stilley 10579-062
Cimarron Correctional Facility
3200 South Kings Highway
Cushing, OK, 74023
479.384.2303 cell phone
oscarstilley@gmail.com

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

1. This document complies with the word limit of Fed. R. App. P. Rules because this document contains less than 1,500 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century font.

    Dated March 31, 2025

                              By: /s/ Oscar Stilley
                              Oscar Stilley 10579-062
                              Cimarron Correctional Facility
                              3200 South Kings Highway
                              Cushing, OK, 74023
                              479.384.2303 cell phone
                              oscarstilley@gmail.com