FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**March 31, 2025**

Christopher M. Wolpert  
Clerk of Court

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

OSCAR A. STILLEY,

    Defendant - Appellant.

No. 24-5133  
(D.C. No. 4:09-CR-00043-SPF-2)  
(N.D. Okla.)

_____

**ORDER**

_____

This matter is before the court on appellant Oscar Stilley's *Motion for Determination of Whether Any Briefing Deadline Exists, If So When, For Expedited Assignment of a Three Judge Panel, and Other Relief*. (Dkt. No. 41.)

By order entered March 26, 2025, the court addressed the matters raised in the *Motion*. Consequently, the court denies the *Motion* without prejudice to Mr. Stilley raising any relevant argument in his opening brief. The court directs its Clerk to enclose with Mr. Stilley's copy of this order another copy of the court's March 26, 2025 order.

As for Mr. Stilley's opening brief, it is due on or before April 9, 2025.

                Entered for the Court

                CHRISTOPHER M. WOLPERT, Clerk