UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES | PLAINTIFF/APPELLEE |
| V. | Tenth Circuit Appeal No. 24-5133 (OKND Criminal 4:09-cr-43 SPF-2) |
| OSCAR STILLEY | DEFENDANT/APPELLANT |

APPELLANT'S SECOND VERIFIED MOTION
FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Comes now Appellant Oscar Stilley (Stilley) and for his verified motion states:

1.	The government opposes this motion just as it opposed the previous "extension."

2.	Stilley is incarcerated.

3.	On 1-2-2025, Judges Bacharach and Phillips entered an Order saying that a scheduling Order would be entered **after** the record is completed.

4.	Three-minutes later, the Clerk filed a letter saying the brief was due in 40-days from 1-2-2025. The Order of 3-27-2025 says the Brief is

1

currently due April 9, 2025, based on a Clerk's order on or about 3-10-2025.

5. Stilley still does not have a copy of the transcript in this case, despite his diligent efforts.

6. Stilley still does not have a copy of the government's Response to his *Motion for Remand for Finding and Release Pending Appeal, and to Complete the Record*, despite his diligent efforts.

7. Pursuant to rule, Stilley is entitled to 40 days after the receipt of transcripts to file his Opening Brief. He should not be charged with any "extensions," for claiming this right.

8. Nobody even claimed the record is correct and complete.

9. The foregoing statement, and similar statement, should be construed in light of the fact that Stilley's custodians continue to feloniously obstruct the U.S. Mail under the court's nose, refuse to deliver Orders graciously emailed by the Clerk, refuse to acknowledge administrative requests for the return of legal papers seized during a retaliatory transfer to a jail, et cetera.

10. Stilley's law library privileges remain suspended for the pretended offense of making truthful and relevant statements in a verified legal pleading, in this case.

11. There is no law, rule, or legal principle that allows this court to diminish Stilley's brief time below 40 days after, the FRAP 10(a) record, is settled, completed, and lodged in this court, absent a show cause order giving Stilley due process, notice, and right to be heard in opposition.

12. Stilley relies upon other pleadings filed, in this case, including the one filed 3-4-2025 by prison mailbox rule but not yet entered on the docket. If Stilley gets email access, he will promptly cause this document to be filed electronically.

**Wherefore**, Stilley requests that his time for filing the opening brief be extended to, up through and including, the 40th day after the record is settled, completed, and lodged consistent with the District Court's Order on remand; that Stilley not be charged with any prior extensions due to this motion or others; and for such other and further relief as may be appropriate whether or not specifically requested.

Dated March 31, 2025        Respectfully submitted,

By: /s/ Oscar Stilley
Oscar Stilley 10579-062
Cimarron Correctional Facility
3200 South Kings Highway
Cushing, OK, 74023
479.384.2303 cell phone
oscarstilley@gmail.com


## VERIFICATION

Comes now, appellant Oscar Stilley, pursuant to 28 U.S.C. 1746 on the date stated below and by his signature set forth below, declares under penalty of perjury that the foregoing facts are true and correct to the best of Stilley's knowledge and belief.

Dated March 31, 2025

By: /s/ Oscar Stilley
Oscar Stilley 10579-062
Cimarron Correctional Facility
3200 South Kings Highway
Cushing, OK, 74023
479.384.2303 cell phone
oscarstilley@gmail.com

[Mr. Stilley does not have direct access to his phone or email given his circumstances.]

# CERTIFICATE OF SERVICE

Oscar Stilley by his signature below certifies that on the date stated above he filed and served this pleading via CM/ECF, and that all parties entitled to service will be served electronically.

> By: /s/ Oscar Stilley
> Oscar Stilley 10579-062
> Cimarron Correctional Facility
> 3200 South Kings Highway
> Cushing, OK, 74023
> 479.384.2303 cell phone
> oscarstilley@gmail.com

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

1. This document complies with the word limit of Fed. R. App. P. Rules because this document contains less than 450 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century font.

   Dated March 31, 2025

> By: /s/ Oscar Stilley
> Oscar Stilley 10579-062
> Cimarron Correctional Facility
> 3200 South Kings Highway
> Cushing, OK, 74023
> 479.384.2303 cell phone
> oscarstilley@gmail.com