## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES | PLAINTIFF/APPELLEE |
| V. | **Tenth Circuit Appeal No. 24-5133**<br>(OKND Criminal 4:09-cr-43 SPF-2) |
| OSCAR STILLEY | DEFENDANT/APPELLANT |

## APPELLANT STILLEY'S VERIFIED MOTION
## FOR RELEASE PENDING APPEAL

Comes now Oscar Stilley (Stilley) and for his *Verified Motion for Release Pending Appeal* states:

1.     Stilley incorporates the following District Court pleadings herein as if set forth word for word.

    1)  11/04/2024 *MOTION to Vacate/Set Aside Judgment, Docket #752.* (Dkt. 805.)

       https://ecf.oknd.uscourts.gov/doc1/14713437609

    2)  11/05/2024 *MOTION to Vacate/Set Aside Judgment Docket # 338* (Re: 338 Judgment and Commitment, Entering Judgment). (Dkt. 809.)

1

https://ecf.oknd.uscourts.gov/doc1/14713438806 and

3) 11/12/2024 *MOTION to Disqualify Judge Stephen P. Friot.*

(Dkt. 815.)  https://ecf.oknd.uscourts.gov/doc1/14713442166

2.      Stilley by his verification below converts these pleadings into verified pleadings.

3.       This Motion is without prejudice to Stilley's pending *Request For Remand To Correct And Supplement The Record*, et cetera.

4.      Stilley submits that the briefing included in the three named pleadings is more than sufficient to support the relief sought herein.

5.      Upon remand, if remand is granted, Stilley reserves the right to seek any relief arguably available to him based upon applicable legal precedent.

6.      Stilley is not a flight risk. Stilley has no incentive to flee from the exoneration and total vindication to which he is plainly entitled.

## PRAYER FOR RELIEF

Stilley requests relief pending appeal; and such other and further relief as may be appropriate, whether or not specifically requested.

Dated March 31, 2025         Respectfully submitted,

By: /s/ Oscar Stilley
Oscar Stilley
Cimarron Correctional Facility
3200 South Kings Highway
Cushing, OK, 74023
479.384.2303 cell phone
oscarstilley@gmail.com

## VERIFICATION

Comes now, appellant Oscar Stilley, pursuant to 28 U.S.C. 1746

on the date stated below and by his signature set forth below, declares

under penalty of perjury that the foregoing facts are true and correct to

the best of Stilley's knowledge and belief.

Dated March 31, 2025         By: /s/ Oscar Stilley

Oscar Stilley 10579-062
Cimarron Correctional Facility
3200 South Kings Highway
Cushing, OK, 74023
479.384.2303 cell phone
oscarstilley@gmail.com

## CERTIFICATE OF SERVICE

Oscar Stilley by his signature below certifies that on the date stated above he filed and served this pleading via CM/ECF, and that all parties entitled to service will be served electronically.

By: /s/ Oscar Stilley
Oscar Stilley 10579-062
Cimarron Correctional Facility
3200 South Kings Highway
Cushing, OK, 74023
479.384.2303 cell phone
oscarstilley@gmail.com

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

1. This document complies with the word limit of Fed. R. App. P. Rules because this document contains less than 225 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century font.

Dated March 31, 2025          Respectfully submitted,

By: /s/ Oscar Stilley
Oscar Stilley 10579-062
Cimarron Correctional Facility
3200 South Kings Highway
Cushing, OK, 74023
479.384.2303 cell phone
oscarstilley@gmail.com