FILED
United States Court of Appeals
Tenth Circuit

April 1, 2025

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

OSCAR A. STILLEY,

    Defendant - Appellant.

No. 24-5133
(D.C. No. 4:09-CR-00043-SPF-2)
(N.D. Okla.)

_____

## ORDER

_____

Before **BACHARACH** and **PHILLIPS**, Circuit Judges.

_____

This matter is before us on appellant Oscar Stilley's *Second Verified Motion for Extension of Time to File Opening Brief.* (Dkt. No. 44.)

Upon consideration, we extend the time for Mr. Stilley to file his opening brief. Mr. Stilley must file his opening brief in this appeal on or before May 9, 2025. No further extensions of time related to Mr. Stilley's opening brief will be granted absent extraordinary circumstances.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk