FILED  
United States Court of Appeals  
Tenth Circuit  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

April 3, 2025

Christopher M. Wolpert  
Clerk of Court

---

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

OSCAR A. STILLEY,

   Defendant - Appellant.

No. 24-5133  
(D.C. No. 4:09-CR-00043-SPF-2)  
(N.D. Okla.)

---

**ORDER**

---

This matter is before the court on appellant Oscar Stilley's *Verified Motion to Compel Acceptance of Donations Needed For Due Process, and Access to Email Service.* (Dkt. No. 42.) Upon consideration, the court refers the *Motion to Compel*—along with any response ultimately filed by any other party—to the panel of judges that later will be assigned to consider this appeal on its merits. No decision on the issues raised by the *Motion to Compel* will enter at this time.

The court reminds Mr. Stilley that, pursuant to the court's April 1, 2025 order (Dkt. No. 46), his opening brief in this appeal is due to be filed on or before May 9, 2025.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk