FILED
United States Court of Appeals
Tenth Circuit

April 21, 2025

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

─────────────────────────────────

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

OSCAR A. STILLEY,

    Defendant - Appellant.

No. 24-5133
(D.C. No. 4:09-CR-00043-SPF-2)
(N.D. Okla.)

─────────────────────────────────

**ORDER**

─────────────────────────────────

Before **CARSON** and **FEDERICO**, Circuit Judges.

─────────────────────────────────

Oscar Stilley, proceeding pro se, moves for release pending appeal. The government has responded in opposition.

The government argues that we should deny Stilley's motion for release because he does not advance any argument in his motion, but instead only incorporates by reference three pleadings filed in district court (two motions to vacate judgments and one motion to disqualify the district court judge), *see* Mot. at 1-2. We agree with the government. We have explained that incorporating by reference arguments made before the district court "is not acceptable appellate procedure." *Fulghum v. Embarq Corp.*, 785 F.3d 395, 410 (10th Cir. 2015). Moreover, Stilley does not explain how his motions

to vacate or his motion to disqualify show his entitlement to release pending appeal under 18 U.S.C. § 3143(b)(1).[1]  Accordingly, we deny his motion for release.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

---

[1] We also note that Stilley does not appear to have moved for release pending appeal in district court.  "[G]iven the findings that must be made in order to warrant release, it is generally more appropriate that the motion [for release pending appeal] be made initially in the district court." *United States v. Hochevar*, 214 F.3d 342, 344 (2d Cir. 2000).