UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES | PLAINTIFF/APPELLEE |
| V. | Tenth Circuit Appeal No. 24-5133 (OKND Criminal 4:09-cr-43 SPF-2) |
| OSCAR STILLEY | DEFENDANT/APPELLANT |

APPELLANT'S THIRD VERIFIED MOTION
FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Comes now Appellant Oscar Stilley (Stilley) and for his verified motion states:

1. Stilley's adversaries took all of his papers twice. Therefore, Stilley doesn't have the phone number for government counsel and cannot inquire as to their position. They opposed both previous motions.

2. Stilley was granted a clerk's 30-day extension and a 30-day extension by the court. However, Stilley doesn't have access to his paperwork in any format, and can't give particulars, except to say that the current deadline is May 9th, 2025.

3. Stilley was expelled from the Cimarron Law-Library for two weeks, and then transferred to another CoreCivic, Inc. facility called Tallahatchie County Correctional Facility, (TCCF), and given only about 30 minutes in the law-library during the first two weeks at the facility.

4. Now Stilley finds himself in FCC Yazoo City Camp, Mississippi.

5. Thus, Stilley has had nearly no library access for the past month.

6. Stilley's thumb-drive at Cimarron is still at that facility, and has files that Stilley was working on when he was expelled from the Cimarron Law Library. Stilley's transcripts are on a thumb-drive in the TCCF mailroom, which also has the other files associated with this litigation. Another thumb-drive with the same contents is currently in a tracked US Postal Service mailpiece, addressed to Stilley and headed to FCC Yazoo City Camp. Stilley currently has no access to any thumb-drive with any of his files. Stilley hasn't yet seen the transcripts of the revocation below.

7. Stilley filed a motion for release pending appeal contemporaneously with this motion. Stilley incorporates that statement herein as if set forth word for word.

8. Stilley's adversaries have stomped out his ability to prepare a competent appeal brief.

9. According to the rules, Stilley is entitled to 40-days after the transcripts are served on him, to prepare and file the opening brief. The relief sought herein is necessary to ensure that Stilley gets the required 40 days with the transcripts, prior to the initial due date for the opening brief according to FRAP and the local rules.

**THEREFORE**, Stilley requests an extension of time such that the brief is due June 9, 2025; and such other and further relief as may be appropriate whether or not specifically requested.

Respectfully submitted April 29, 2025, by:

/s/ Oscar Stilley
Oscar Stilley, DOJ-FBOP # 10579-062
FCC Yazoo City Camp
PO Box 5000
Yazoo City, MS 39194-5000
oscarstilley@gmail.com

## VERIFICATION

Comes now, Appellant Oscar Stilley, pursuant to 28 U.S.C. 1746 on the date and signature above, declares under penalty of perjury that the foregoing facts are true and correct to the best of Stilley's knowledge and belief.

## CERTIFICATE OF SERVICE

Oscar Stilley by his signature and date above certifies that he filed and served this pleading via CM/ECF, and that all parties entitled to service will be served electronically.

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Oscar Stilley by his signature and date above certifies:

1. This document complies with the word limit of Fed. R. App. P. Rules because this document contains less than 550 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century font.