**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**April 30, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

_____

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

OSCAR A. STILLEY,

   Defendant - Appellant.

No. 24-5133
(D.C. No. 4:09-CR-00043-SPF-2)
(N.D. Okla.)

_____

## ORDER
_____

This matter is before the court sua sponte for case management purposes.

The court notes that appellant Oscar Stilley has been electronically filing in this appeal. By filing electronically in this appeal, Mr. Stilley consents to being served electronically. *See generally* 10th Cir. R. 25.4 (registered ECF users receive service electronically). Consequently, the court directs its Clerk to serve this order on Mr. Stilley both electronically and via first class U.S. mail. However, going forward, service on Mr. Stilley will be exclusively accomplished electronically. The court will no longer serve Mr. Stilley by mail.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk