**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 30, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

OSCAR A. STILLEY,

    Defendant - Appellant.

No. 24-5133
(D.C. No. 4:09-CR-00043-SPF-2)
(N.D. Okla.)

_____

## ORDER
_____

Before **BACHARACH** and **PHILLIPS**, Circuit Judges.
_____

This matter is before the court on *Appellant's Third Verified Motion for Extension of Time to File Opening Brief* in this appeal. The motion is granted. The opening brief shall be filed and served on or before June 9, 2025. No further extensions will be granted absent extraordinary circumstances.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk