UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

April 30, 2025

Oscar A. Stilley
#10579-062
FCI - Yazoo City Low
P.O. Box 5000
Yazoo City, MS 39194

**RE:**     **24-5133, United States v. Stilley**
     Dist/Ag docket: 4:09-CR-00043-SPF-2

Dear Appellant:

Enclosed please find orders issued today by the court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Katie Bagley
     Elissa Hart-Mahan
     Samuel Robert Lyons
     Charles Anthony O'Reilly
     Joseph Brian Syverson

CMW/sls