# IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Plaintiff-Appellee | ) |
| | ) No. 24-5133 |
| v. | ) |
| | ) |
| OSCAR A. STILLEY, | ) |
| | ) |
| Defendant-Appellant | ) |

## GOVERNMENT'S MOTION TO SUPPLEMENT
## THE RECORD ON APPEAL

The record on appeal in this case, which includes a two-volume Record on Appeal filed on January 6, 2025, and a Supplemental Record on Appeal filed on January 30, 2025, does not include a number of documents filed in the district court that are relevant to the instant appeal. Accordingly, the government moves to supplement the record on appeal in this case with the following documents:

| Docket Entry | Date | Title | Under Seal |
|---|---|---|---|
| 768 | 2/6/23 | Transcript of Revocation and Sentencing Hearing held on 11/21/22 | |
| 792 | 10/10/24 | Petition for Summons for Offender Under Supervision | x |

| 802 | 10/30/24 | Exhibit to Be Added to Petition for Summons for Offender Under Supervision | x |
|---|---|---|---|
| 812 | 11/7/24 | Order by Judge Stephen P. Friot | |
| 814 | 11/10/24 | Government's Brief Regarding Supervised Release Revocation Hearing | |
| 815 | 11/12/24 | Motion to Disqualify Judge Stephen P. Friot | |
| 820 | 11/15/24 | Judgment and Commitment | |

Counsel for the government emailed defendant Oscar Stilley to inquire as to his position on this motion on June 3, 2025. Defendant has not yet responded, so the government is not able to ascertain his position.

Respectfully submitted,

s/ Elissa Hart-Mahan

ELISSA HART-MAHAN
*Attorney*
*Tax Division*
*Department of Justice*
*Post Office Box 972*
*Washington, D.C. 20044*
*(202) 305-7397*

Dated: June 4, 2025

# CERTIFICATE OF COMPLIANCE

This memorandum brief complies with the type-volume limitation of Tenth Circuit Rule 27.3(b)(3) because it contains 235 words (fewer than 5,200), excluding the parts of the brief covered by Fed. R. App. P. 32(f) and 10th Cir. R. 28.2(C), and has been prepared in a 14-point, proportionally spaced typeface (Book Antiqua) using Microsoft Word 2016.

<u>s/ Elissa Hart-Mahan</u>
ELISSA HART-MAHAN
  *Attorney for the United States*

DATED: June 4, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2025, I electronically filed a PDF version of the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the CM/ECF system. A copy of the response was mailed to defendant at the following address:

Oscar Stilley, # 10579-062
FCI Yazoo City Low
2225 Haley Barbour Parkway
Yazoo City, MS  39194

s/ Elissa Hart-Mahan
ELISSA HART-MAHAN
  *Attorney for the United States*