FILED
United States Court of Appeals
Tenth Circuit

June 4, 2025

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

OSCAR A. STILLEY,

    Defendant - Appellant.

No. 24-5133
(D.C. No. 4:09-CR-00043-SPF-2)
(N.D. Okla.)

---

## ORDER

---

This matter is before the court on the government's *Motion to Supplement the Record on Appeal*, in which the government seeks to supplement the record on appeal with ECF Nos. 768, 792, 802, 812, 814, 815, and 820. The motion is granted.

The Clerk of this court shall prepare and file a supplement to the record appeal consisting of the items identified in the motion.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk