UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES | PLAINTIFF/APPELLEE |
| V. | Tenth Circuit Appeal No. 24-5133<br>(OKND Criminal 4:09-cr-43 SPF-2) |
| OSCAR STILLEY | DEFENDANT/APPELLANT |

MOTION TO EXTEND TIME FOR REPLY BRIEF

Comes now Appellant Oscar Stilley (Stilley) and for his motion to extend time for reply brief and states:

1. Stilley has made inquiry and learned that the government takes no position as to the relief sought herein.

2. The government filed its response brief May 9, 2025. Stilley anticipates that he will soon receive the hard copy brief in the mail, although it has not yet arrived, as of this filing.

3. Stilley is currently incarcerated at FCC Yazoo City Camp, and furthermore is forced to prosecute this appeal under extreme limitations.

4. For example, he can only look at his computer files, and only for extremely limited periods of time, when prison personnel use the

1

password to log him in. He cannot use his computer files to draft a reply, from the "eDiscovery" computer. The computer has been set up to prevent the drafting of any document or writing whatsoever. The filed version of his opening appeal brief was emailed to the Camp, but the personnel will not even admit having received it.

5. Stilley isn't allowed to print any documents from this eDiscovery computer, the only one he is allowed to use for legal work. He has asked for access to a printer but has received no response.

6. Stilley has been led to believe that his current due date for the reply brief is June 30, 2025, although an allowance for mailing time would change that date.

7. Stilley needs and requests an extension up through and including August 5, 2025, or at least a 30-day extension according to the calculations of the clerk.

**WHEREFORE**, Stilley requests an extension of time up through and including August 5, 2025, to file his reply brief; and such other and

further relief as may be appropriate whether or not specifically requested.

## BRIEF IN SUPPORT

Stilley needs the extension for reply for the reasons stated, and for additional reasons that would unnecessarily lengthen this pleading. Stilley has repeatedly and bitterly complained about the denial of access to his own property and rights to property, for the purpose of drafting and filing first-class legal pleadings in this case. He has furthermore complained about the denial of any alternative that would reasonably protect his rights of due process and 1st Amendment peaceful petition.

Stilley has been informed, during a phone call 6-11-2025, that a three-judge panel has been assigned, and that this cause has been "submitted." By Stilley's understanding of that term, this would bring a decision prior to a timely reply brief within the realm of possibilities. Stilley was also informed that he would not be able to learn the identities of the three judges, or the date of their assignment, or even whether they were selected and assigned before or after the government's response brief.

Stilley is not willing to give up his reply brief. If his opportunity to file a reply brief ever comes to be in question, he respectfully requests a show cause order and a reasonable time to show the court and the world that he should have opportunity to file a reply brief. Stilley respectfully requests that the court by some means give prompt assurances that Stilley's right to file a timely reply brief is secure.

## CONCLUSION

This Court should grant the extension Stilley seeks. If the clerk can only grant 30 days on its own authority, that would be quite acceptable. If that is the case, Stilley would like the additional 3 days for mail service, if that's possible.

Respectfully submitted June 15, 2025, by:

/s/ Oscar Stilley
Oscar Stilley, DOJ-FBOP # 10579-062
FCC Yazoo City Camp
PO Box 5000
Yazoo City, MS 39194-5000
oscarstilley@gmail.com

## VERIFICATION

Comes now, Appellant Oscar Stilley, pursuant to 28 U.S.C. 1746 on the date and signature above, declares under penalty of perjury that the foregoing facts are true and correct to the best of Stilley's knowledge and belief.

## CERTIFICATE OF SERVICE

Oscar Stilley by his signature and date above certifies that he filed and served this pleading via CM/ECF, and that all parties entitled to service will be served electronically.

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Oscar Stilley by his signature and date above certifies:

1. This document complies with the word limit of Fed. R. App. P. Rules because this document contains less than 595 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century font.