FILED
United States Court of Appeals
Tenth Circuit

June 16, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 24-5133 |
|  | (D.C. No. 4:09-CR-00043-SPF-2) |
| OSCAR A. STILLEY, | (N.D. Okla.) |
| Defendant - Appellant. | |

_____

**ORDER**
_____

This matter is before the court on appellant Oscar Stilley's *Motion to Extend Time for Reply Brief*. (Dkt. No. 65.)

Upon consideration, the court grants the *Motion* in part and extends the deadline for Mr. Stilley to file his optional reply brief to July 14, 2025. No further extensions of time related to the optional reply brief will be granted on the Clerk's authority.

The court notes that the *Motion* suggests that Mr. Stilley is awaiting a copy of the United States of America's merits brief via the United States Postal Service. Mr. Stilley is filing electronically in this matter. As the court noted in its April 30, 2025 order (Dkt. No. 53), by virtue of filing his own submissions electronically, Mr. Stilley has consented to being served electronically. *See generally* 10th Cir. R. 25.4. Accordingly, the notice of

docket activity generated by the government's filing of its merits brief constituted service on Mr. Stilley. *See* 10th Cir. R. 25.4(A).

                                                                               Entered for the Court

                                                                               CHRISTOPHER M. WOLPERT, Clerk