UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT


UNITED STATES                    PLAINTIFF/APPELLEE

  V.                             **Tenth Circuit Appeal No. 24-5133**
                                 (OKND Criminal 4:09-cr-43 SPF-2)


OSCAR STILLEY                    DEFENDANT/APPELLANT

### CORRECTED APPELLANT'S OPPOSED MOTION
### TO REMOVE THIS APPEAL FROM SUBMITTED STATUS
### UNTIL REPLY BRIEF IS FILED

Comes now Appellant Oscar Stilley (Stilley) and for his motion states:

1.  Based on calls to the clerk 6-11-2025 and 6-18-2025, the captioned case has been *"submitted."*

2.  Stilley has gently but unsuccessfully attempted to secure assurances that a decision in this case will not be forthcoming until Stilley files his Reply Brief or until the deadline passes, whichever comes first.

3.  Stilley inquired as to the government's position early on Thursday, June 19, 2025. The Government opposes this motion.

**WHEREFORE**, Stilley respectfully requests an Order restoring this appeal to the status of *"unsubmitted,"* until the Reply Brief is filed or until the reply brief deadline passes, whichever comes first.

## MEMORANDUM BRIEF

Stilley is puzzled about why this matter is now *"submitted,"* even though this status does not show up on the publicly available docket. Stilley searched the cases for any indicia that a litigant might lose the right to timely reply. He found nothing suggesting that this might be a possibility under the applicable rules. He has not been informed of any logical reason that the cause would be "*submitted*" early, or that he might lose the opportunity to file a reply brief.

Stilley was puzzled and dismayed when he found out, on June 11, 2025, that the case showed to be *"submitted."* Stilley decided to inquire again after the filing of his motion for extension of time to file the reply brief, which was granted in part. However, when further inquiry was made of the Clerk's office, Stilley's gentle probing provided no assurances that he could rest assured that he has the right to file a timely Reply Brief.

Stilley understands the common meaning of the word *"submitted"* in the context of an appeal. He's heard it many times at oral argument. A reply brief can be very helpful to a court, and at times is outcome determinative. The failure to timely file a reply brief may be remarked upon unfavorably in the court's opinion deciding the case. Stilley absolutely intends to file a timely reply brief in this case. Stilley expects and requests notice of the specific reasons and supporting authority, if his right to file a timely reply comes to be in question or jeopardy.

Therefore, Stilley requests that the status of this appeal be changed to *"unsubmitted"* until his Reply Brief is filed or the time for reply brief (with all extensions) expires, whichever comes first.

## CONCLUSION

This appeal should be deemed and officially marked as unsubmitted until it has been fully briefed, or until the deadline for reply expires, taking into account any extensions of time.

Respectfully submitted June 22, 2025, by:

/s/ Oscar Stilley
Oscar Stilley, DOJ-FBOP # 10579-062
FCC Yazoo City Camp
PO Box 5000

Yazoo City, MS 39194-5000
oscarstilley@gmail.com

## VERIFICATION

Comes now, Appellant Oscar Stilley, pursuant to 28 U.S.C. 1746 on the date and signature above, declares under penalty of perjury that the foregoing facts are true and correct to the best of Stilley's knowledge and belief.

## CERTIFICATE OF SERVICE

Oscar Stilley by his signature and date above certifies that he filed and served this pleading via CM/ECF, and that all parties entitled to service will be served electronically.

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Oscar Stilley by his signature and date above certifies:

1. This document complies with the word limit of Fed. R. App. P. Rules because this document contains less than 450 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century font.