FILED
United States Court of Appeals
Tenth Circuit

June 24, 2025

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

───────────────────────────────

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 24-5133 |
| | (D.C. No. 4:09-CR-00043-SPF-2) |
| OSCAR A. STILLEY, | (N.D. Okla.) |
| Defendant - Appellant. | |

───────────────────────────────

## ORDER

───────────────────────────────

This matter is before the court on Appellant Oscar A. Stilley's *Corrected Appellant's Opposed Motion to Remove this Appeal from Submitted Status Until Reply Brief is Filed*.[1]

Appellant requests to remove this appeal from "submitted" status until after his reply brief is filed or the time to file his reply brief expires, whichever comes first.

Appellee United States' response brief was filed on June 9, 2025. When a response brief is filed, an appeal is at issue and the appeal is "submitted" to the court. Therefore, Appellant's motion to remove this appeal from "submitted" status is denied.

---

[1] Appellant Stilley's corrected motion replaces *Appellant's Motion to Remove this Appeal from Submitted Status Until Reply Brief is Filed*. The corrected motion amends the prior motion to state that the motion is opposed by Appellee United States. The prior motion [Doc. No. 68] is therefore denied as moot in light of the corrected motion.

However, to the extent Appellant's motion requests clarification regarding consideration of his reply brief, the request for clarification is granted as follows. No decision will be issued in this appeal until after Appellant's reply brief is filed or the time to file Appellant's reply brief expires, whichever comes first.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk