UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES | PLAINTIFF/APPELLEE |
| V. | Tenth Circuit Appeal No. 24-5133 |
| | (OKND Criminal 4:09-cr-43 SPF-2) |
| OSCAR STILLEY | DEFENDANT/APPELLANT |

## APPELLANT'S SECOND MOTION
## TO EXTEND TIME FOR REPLY BRIEF

Comes now Appellant Stilley (Stilley) and for his second motion for extension of time to file reply brief states:

1. Stilley has inquired as to the government's position. Counsel for the government promptly and graciously informed Stilley that the government takes no position as to this motion or the relief sought.

2. Stilley previously requested an extension and received a Clerk's extension of 15 days, such that the current due date is 7-14-2025.

3. Stilley is currently incarcerated at FCC Yazoo City Camp.

4. This Court has denied Stilley's motion for release pending appeal.

5. The possibility of prejudice to the opposing party is negligible.

1

6. Stilley works a full-time job at the prison. The equipment needed for legal work routinely becomes unusable for extended periods of time. For example, the legal research computers generally crash between 30 seconds and ten minutes of starting a research session, whereupon the user is locked out for an extended period of time. Sometimes inaccessibility of resources is due to poor maintenance and equipment failure. At other times, which cannot be predicted in advance, the inmates are simply locked away from the necessary equipment.
7. Stilley presents this motion in the interests of justice, and not for purposes of delay. Stilley has every incentive to diligently litigate this case.
8. Stilley is and has been exerting every reasonable effort to prosecute this litigation to its logical conclusion, without unnecessary delay.
8. Stilley has on previous occasions filed motions and briefs about the difficulties and vagaries of document preparation in prison. Stilley trusts that this motion is sufficient without a brief.

**WHEREFORE**, Stilley respectfully requests a 30 day extension of time to file his Reply Brief, such that the new due date is August 13, 2025; and such other and further relief as may be appropriate whether or not specifically requested.

Respectfully submitted July 8, 2025, by:

/s/ Oscar Stilley
Oscar Stilley, DOJ-FBOP # 10579-062
FCC Yazoo City Camp
PO Box 5000
Yazoo City, MS 39194-5000
oscarstilley@gmail.com

## VERIFICATION

Comes now, Appellant Oscar Stilley, pursuant to 28 U.S.C. 1746 on the date and signature above, declares under penalty of perjury that the foregoing facts are true and correct to the best of Stilley's knowledge and belief.

## CERTIFICATE OF SERVICE

Oscar Stilley by his signature and date above certifies that he filed and served this pleading via CM/ECF, and that all parties entitled to service will be served electronically.

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Oscar Stilley by his signature and date above certifies:

1. This document complies with the word limit of Fed. R. App. P. Rules because this document contains less than 320 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century font.