FILED
United States Court of Appeals
Tenth Circuit

July 14, 2025

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

OSCAR A. STILLEY,

    Defendant - Appellant.

No. 24-5133
(D.C. No. 4:09-CR-00043-SPF-2)
(N.D. Okla.)

_____

## ORDER
_____

This matter is before the court on appellant Oscar Stilley's *Verified Conditional Motion for Recusal*. (Dkt. No. 73.)

Upon consideration, the court refers the *Motion*, as well as any response ultimately filed by the United States, to the panel of judges that later will be assigned to consider this appeal on its merits. No decision on the *Motion* will enter at this time.

                                               Entered for the Court

                                               CHRISTOPHER M. WOLPERT, Clerk