FILED
United States Court of Appeals
Tenth Circuit

July 28, 2025

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

OSCAR A. STILLEY,

    Defendant - Appellant.

No. 24-5133
(D.C. No. 4:09-CR-00043-SPF-2)
(N.D. Okla.)

_____

**ORDER**
_____

Before **BACHARACH** and **PHILLIPS**, Circuit Judges.
_____

This matter is before us on appellant Oscar Stilley's *Verified Motion for Stay of Briefing Pending Decisions on Motions Not Yet Decided, Alternatively for 30-Day Brief Extension*. (Dkt. No. 75.)

Upon consideration, we grant Mr. Stilley's *Motion* in part. We extend the deadline for Mr. Stilley to file his optional reply brief to August 11, 2025. We will not grant further extensions related to the optional reply brief absent extraordinary circumstances.

                Entered for the Court

                CHRISTOPHER M. WOLPERT, Clerk