UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert　　　　　　　　　　　　　　　　　　　　　　　Jane K. Castro
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk

October 16, 2025

Heidi D. Campbell
United States District Court for the Northern District of Oklahoma
333 West 4th Street, Room 411
Tulsa, OK 74103

**RE:**　　24-5133, United States v. Stilley
　　　　　Dist/Ag docket: 4:09-CR-00043-SPF-2

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's September 24, 2025 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　Christopher M. Wolpert
　　　　　　　　　　　　　　　　　　　Clerk of Court


cc:　　Katie Bagley
　　　Elissa Hart-Mahan
　　　Samuel Robert Lyons
　　　Oscar A. Stilley
　　　Joseph Brian Syverson


CMW/sls