UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

September 24, 2025

Oscar A. Stilley #10579-062
FCI - Yazoo City Low
P.O. Box 5000
Yazoo City, MS 39194

**RE:**     **24-5133, United States v. Stilley**
Dist/Ag docket: 4:09-CR-00043-SPF-2

Dear Appellant:

Enclosed is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Katie Bagley
        Elissa Hart-Mahan
        Samuel Robert Lyons
        Joseph Brian Syverson

CMW/djd